**Evelyn M. CONWAY, an employee of the Central Intelligence Agency, Plaintiff–Appellant,**

v.

**CENTRAL INTELLIGENCE AGENCY; George J. Tenet, individually and in his capacity as Director of Central Intelligence Agency; John B, individually and in his capacity as former Chief, Central Eurasia Division, Central Intelligence Agency; Charles L, individually and in his capacity as former Deputy Chief, Central Eurasia Division, Central Intelligence Agency; Dawn Eilenberger, individually and in her capacity as former Director, Office of Equal Employment Opportunity, Central Intelligence Agency; Kathleen McGinn, individually and in her capacity as former Complaints Attorney, Office of Equal Employment Opportunity, Central Intelligence Agency, Defendants–Appellees.**

No. 01–1184.

United States Court of Appeals, Fourth Circuit.

Submitted June 8, 2001.

Decided June 21, 2001.

George R.A. Doumar, Dilsworth Paxson, P.L.L.C., Janine M. Brookner, Washington, DC, for appellant. Kenneth E. Melson, United States Attorney, Rachel C. Ballow, Assistant United States Attorney, Alexandria, VA, for appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Evelyn M. Conway appeals the district court's orders dismissing her claim of employment discrimination based on national origin. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Conway v. CIA,* No. CA–00–1417–A (E.D. Va. filed Oct. 10, 2000, entered Oct. 12, 2000; filed & entered Dec. 1, 2000; & filed Dec. 8, 2000, entered Dec. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*